# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

LARANCE KIMBROUGH,

    Plaintiff,

v.                      CASE NO. 5:14cv356-RH/GRJ

L K LANE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 30, and the objections, ECF No. 32. I have reviewed de novo the issues raised by the objections.

I find based on the record that the plaintiff did not exhaust his administrative remedies. This action must be dismissed on that basis. The discussion of exhaustion in the report and recommendation is adopted as the court's further opinion on this issue.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The motion to dismiss, ECF No. 23, is GRANTED.  The clerk must enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies."  The clerk must close the file.

SO ORDERED on October 27, 2015.

s/Robert L. Hinkle
United States District Judge